# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CHRISTOPHER J. SHAW, CARLTON KIRKLAND, RASHAD HILL, SETH MOORE, JEROME DAVIS, and MICHAEL GREEN<br><br>Plaintiffs,<br><br>v.<br><br>CHATHAM COUNTY DETENTION CENTER and SHERIFF JOHN WILCHER,<br><br>Defendants. | CV421-039 |

## ORDER

Plaintiffs, six prisoners at the Chatham County Detention Center, have jointly brought this action challenging the conditions of their confinement.[1] Doc. 1. As incarcerated prisoners, the plaintiffs must abide by the requirements of the Prison Litigation Reform Act (PLRA). Pub. L.

---

[1] Plaintiffs have styled their complaint as a class action. The plaintiffs have not satisfied the requires for filing a class action. *See* Fed. R. Civ. P. 23. Furthermore, a *pro se* litigant is generally not entitled to proceed on behalf of a class without representation. *Wallace v. Smith*, 145 F. App'x 300, 302 (11th Cir. 2005) (*per curiam*) (affirming district court's dismissal brought by pro se litigant proceeding IFP). Therefore, the Court construes the plaintiffs as seeking permissive joinder of their claims. *See* Fed. R. Civ. P. 20.

No. 104-134, 110 Stat. 1321.  The Eleventh Circuit has held that the PLRA requirement that "each prisoner pay the full filing fee" precludes permissive joiner of multiple plaintiffs in a single case.  *Hubbard v. Haley*, 262 F.3d 1194, 1197–98 (11th Cir. 2001) (*citing* 28 U.S.C. § 1915(b), *cert. denied*, 534 U.S. 1136 (2002)); *see also Scott v. Strength*, 2006 WL 2327469 (S.D. Ga. Aug. 8, 2006).  Therefore, the Clerk of Court is **DIRECTED** to **SEVER** plaintiffs Kirkland, Hill, Moore, Davis, and Green from this case and to initiate a new civil case for each plaintiff.  Each plaintiff is **DIRECTED** to either remit the necessary filing fee or move to proceed *in forma pauperis* within 14 days of the creation of their respective case.  The Clerk is further **DIRECTED** to forward to each plaintiff a copy of the Application to Proceed in District Court without Prepaying Fees or Costs (AO240).

    **SO ORDERED**, this 10th day of February, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA